# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1413.1**
**CAF 11-00832**
PRESENT: SMITH, J.P., FAHEY, CARNI, SCONIERS, AND GORSKI, JJ.

---

IN THE MATTER OF EMMA J. CASWELL,
PETITIONER-RESPONDENT-APPELLANT,

V                                                         ORDER

DERRICK D. ORR, SR.,
RESPONDENT-PETITIONER-RESPONDENT.

---

DAVISON LAW OFFICE PLLC, CANANDAIGUA (MARK C. DAVISON OF COUNSEL), FOR
PETITIONER-RESPONDENT-APPELLANT.

PAUL B. WATKINS, FAIRPORT, FOR RESPONDENT-PETITIONER-RESPONDENT.

CAROLE A. ROWLAND, ATTORNEY FOR THE CHILDREN, FULTON, FOR DE'NAYAH O.
AND DERRICK O., JR.

---------------------------------------------------------------------------------------------------

        Appeal from an order of the Family Court, Oswego County (Donald
E. Todd, A.J.), entered March 21, 2011 in a proceeding pursuant to
Family Court Act article 6.  The order, among other things, awarded
physical custody of the subject children to respondent-petitioner.

        It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Family Court.

Entered:  December 23, 2011                    Frances E. Cafarell
                                               Clerk of the Court